**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

8

In re:    Bankruptcy Case No.: 20–70314–JAD

Chapter: 13

**Brian A Lauritsen**
**dba Lauritsen Transport LLC, dba Lauritsen Transport**    Bobbie M Lauritsen
Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **August 28, 2020**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System.

Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**    Michael R. Rhodes
U.S. Bankruptcy Court    *Clerk, U.S. Bankruptcy Court*
c/o CLAIMS CLERK
5414 U.S Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Dated: 6/22/20

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 20-70314-JAD
Brian A Lauritsen                                                   Chapter 13
Bobbie M Lauritsen
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7            User: admin               Page 1 of 2            Date Rcvd: Jun 22, 2020
                                Form ID: 154A             Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2020.
```
db/jdb         +Brian A Lauritsen,    Bobbie M Lauritsen,    130 E 21st Ave,    Altoona, PA 16601-4468
15256452       +Allegheny Resources LLC,    co Stephen Elggren,    PO Box 1726,    Draper, UT 84020-1726
15256454        Bank Of The West,    Consumer Product Servicing,    Omaha, NE 68103
15256456       +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15256457       +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
15256463       +Credit First N A,    Pob 81315,    Cleveland, OH 44181-0315
15256470       +M & T Bank Mortgage,    Po Box 900,    Millsboro, DE 19966-0900
15256471       +Nw Bank Fka Nw Savngs,    100 Liberty St,    Warren, PA 16365-2411
15256472       +Rd/bpm/onnix,    595 S. Riverwoods Parkway,    Logan, UT 84321-6838
15256473       +Santander Consumer Usa,    Po Box 961211,    Fort Worth, TX 76161-0211
15256483       +Tbom/atls/fortiva,    Pob 105555,    Atlanta, GA 30348-5555
15256484       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15256485       +Toyota Motor Credit,    10040 N. 25th Ave.,    Phoenix, AZ 85021-1601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2020 04:05:47
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15256451       +E-mail/Text: backoffice@affirm.com Jun 23 2020 04:03:29     Affirm Inc,
                650 California St Fl 12,    San Francisco, CA 94108-2716
15256453       +E-mail/Text: ally@ebn.phinsolutions.com Jun 23 2020 03:56:22     Ally Financial,
                P.o. Box 380901,    Bloomington, MN 55438-0901
15256458        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 23 2020 03:56:24     Citizens Bank Na,
                480 Jefferson Blvd,    Warwick, RI 02886
15256455       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 23 2020 04:05:12
                Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
15256459       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2020 03:56:52     Comenitybank/victoria,
                Po Box 182789,    Columbus, OH 43218-2789
15256460       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2020 03:56:53     Comenitycapital/ikeapc,
                Po Box 182120,    Columbus, OH 43218-2120
15256461       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2020 03:56:53     Comenitycb/davidsbride,
                Po Box 182120,    Columbus, OH 43218-2120
15256462       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2020 03:56:53     Comenitycb/dntfirst,
                Po Box 182120,    Columbus, OH 43218-2120
15256464        E-mail/Text: mrdiscen@discover.com Jun 23 2020 03:56:27     Discover Bank,    Po Box 30954,
                Salt Lake City, UT 84130
15256465       +E-mail/Text: mrdiscen@discover.com Jun 23 2020 03:56:27     Discover Fin Svcs Llc,    Pob 15316,
                Wilmington, DE 19850-5316
15256466       +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 23 2020 04:03:10     Esb/harley Davidson Cr,
                3850 Arrowhead Drive,    Carson City, NV 89706-2016
15256467       +E-mail/Text: bankruptcynotice@fcbanking.com Jun 23 2020 03:56:33     First Commonwealth Ban,
                22 North Sixth St,    Indiana, PA 15701-1802
15256468        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 23 2020 04:05:10     Jpmcb Auto,
                P.o. Box 901003,    Fort Worth, TX 76101
15256469        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 23 2020 04:06:09     Jpmcb Home,
                700 Kansas Lane,    Monroe, LA 71203
15256474       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 04:06:07     Syncb/care Credit,
                C/o Po Box 965036,    Orlando, FL 32896-0001
15256475       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 04:06:08     Syncb/func,    C/o Po Box 965036,
                Orlando, FL 32896-0001
15256477       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 04:05:34     Syncb/home Dsn Outdr L,
                C/o Po Box 965036,    Orlando, FL 32896-0001
15256478       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 04:06:08     Syncb/lowes,    Po Box 956005,
                Orlando, FL 32896-0001
15256479       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 04:05:34     Syncb/ppc,    Po Box 965005,
                Orlando, FL 32896-5005
15256480       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 04:06:07     Syncb/ppmc,    Po Box 965005,
                Orlando, FL 32896-5005
15256481       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 04:06:07     Syncb/qvc,    Po Box 965005,
                Orlando, FL 32896-5005
15256482       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 04:06:07     Syncb/sams,    Po Box 965005,
                Orlando, FL 32896-5005
15256806       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 04:05:34     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 24
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15256476       Syncb/home Dsn Outdr L
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-7           User: admin              Page 2 of 2              Date Rcvd: Jun 22, 2020
                               Form ID: 154A            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
          Lawrence W. Willis    on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Lawrence W. Willis    on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4
```