**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brian A. Lauritsen dba Lauritsen Transport LLC dba Lauritsen Transport<br>Bobbie M. Lauritsen<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 20-70314 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

        Respectfully submitted,

        **/s/James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        Attorney I.D. No. 42524
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        412-430-3594
        jwarmbrodt@kmllawgroup.com