FILED
7/20/20 6:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Brian A. Lauritsen and
Bobbie M. Lauritsen,
    Debtors

Brian A. Lauritsen and
Bobbie M. Lauritsen,
    Movants

vs.

Ronda J. Winnecour Esquire
    Chapter 13 Trustee,
    Respondent

Bankruptcy No. 20-70314-JAD

Chapter 13

Related to Doc. No. 18

## ORDER

**AND NOW**, on this <u>20th</u> day of <u>July</u>, 2020, upon consideration of the Motion of the above reference Debtor(s), praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file their Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices be hereby extended to and including **July 27, 2020**.

BY THE COURT:

_____
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Brian A. and Bobbie M. Lauritsen
    Lawrence W. Willis, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-70314-JAD
Brian A Lauritsen                                                         Chapter 13
Bobbie M Lauritsen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: culy              Page 1 of 2              Date Rcvd: Jul 20, 2020
                              Form ID: pdf900         Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
db/jdb         +Brian A Lauritsen,   Bobbie M Lauritsen,   130 E 21st Ave,   Altoona, PA 16601-4468
15256452       +Allegheny Resources LLC,   co Stephen Elggren,   PO Box 1726,   Draper, UT 84020-1726
15256454        Bank Of The West,   Consumer Product Servicing,   Omaha, NE 68103
15263822       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
15256456       +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
15256457       +Citimortgage Inc,   Po Box 6243,   Sioux Falls, SD 57117-6243
15256463       +Credit First N A,   Pob 81315,   Cleveland, OH 44181-0315
15265172       +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,   Pittsburgh, PA 15222-1225
15266296       +Lakeview Loan Servicing, LLC,   PO Box 840,   Buffalo, NY 14240-0840
15256470       +M & T Bank Mortgage,   Po Box 900,   Millsboro, DE 19966-0900
15256471       +Nw Bank Fka Nw Savngs,   100 Liberty St,   Warren, PA 16365-2411
15262896       +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15256472       +Rd/bpm/onnix,   595 S. Riverwoods Parkway,   Logan, UT 84321-6838
15256473       +Santander Consumer Usa,   Po Box 961211,   Fort Worth, TX 76161-0211
15256483       +Tbom/atls/fortiva,   Pob 105555,   Atlanta, GA 30348-5555
15256484       +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
15256485       +Toyota Motor Credit,   10040 N. 25th Ave.,   Phoenix, AZ 85021-1601
15260789       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 05:15:10
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15256451       +E-mail/Text: backoffice@affirm.com Jul 21 2020 05:13:10      Affirm Inc,
                 650 California St Fl 12,   San Francisco, CA 94108-2716
15256453       +E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2020 05:11:27      Ally Financial,
                 P.o. Box 380901,   Bloomington, MN 55438-0901
15263395        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2020 05:14:48      CACH, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15260019        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 21 2020 05:11:30      Citizens Bank N.A.,
                 One Citizens Bank Way JCA115,   Johnston, RI 02919
15256458        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 21 2020 05:11:30      Citizens Bank Na,
                 480 Jefferson Blvd,   Warwick, RI 02886
15256455       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 21 2020 05:15:34
                 Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
15257252       +E-mail/Text: bankruptcy@cavps.com Jul 21 2020 05:12:42      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
15256459       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 21 2020 05:11:52      Comenitybank/victoria,
                 Po Box 182789,   Columbus, OH 43218-2789
15256460       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 21 2020 05:11:52      Comenitycapital/ikeapc,
                 Po Box 182120,   Columbus, OH 43218-2120
15256461       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 21 2020 05:11:52      Comenitycb/davidsbride,
                 Po Box 182120,   Columbus, OH 43218-2120
15256462       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 21 2020 05:11:52      Comenitycb/dntfirst,
                 Po Box 182120,   Columbus, OH 43218-2120
15256464        E-mail/Text: mrdiscen@discover.com Jul 21 2020 05:11:32      Discover Bank,   Po Box 30954,
                 Salt Lake City, UT 84130
15259592        E-mail/Text: mrdiscen@discover.com Jul 21 2020 05:11:32      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
15256465       +E-mail/Text: mrdiscen@discover.com Jul 21 2020 05:11:32      Discover Fin Svcs Llc,   Pob 15316,
                 Wilmington, DE 19850-5316
15257154       +E-mail/Text: dplbk@discover.com Jul 21 2020 05:12:45      Discover Personal Loans,
                 PO Box 30954,   Salt Lake City, UT 84130-0954
15256466       +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 21 2020 05:12:51      Esb/harley Davidson Cr,
                 3850 Arrowhead Drive,   Carson City, NV 89706-2016
15256467       +E-mail/Text: bankruptcynotice@fcbanking.com Jul 21 2020 05:11:36      First Commonwealth Ban,
                 22 North Sixth St,   Indiana, PA 15701-1802
15256468        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 21 2020 05:14:40      Jpmcb Auto,
                 P.o. Box 901003,   Fort Worth, TX 76101
15256469        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 21 2020 05:15:04      Jpmcb Home,
                 700 Kansas Lane,   Monroe, LA 71203
15256474       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:02      Syncb/care Credit,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
15256475       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:14:38      Syncb/func,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
15256477       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:31      Syncb/home Dsn Outdr L,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
15256478       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:30      Syncb/lowes,   Po Box 956005,
                 Orlando, FL 32896-0001
15256479       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:01      Syncb/ppc,   Po Box 965005,
                 Orlando, FL 32896-5005

```
District/off: 0315-7           User: culy               Page 2 of 2                    Date Rcvd: Jul 20, 2020
                               Form ID: pdf900         Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15256480        +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:14:37      Syncb/ppmc,    Po Box 965005,
                 Orlando, FL 32896-5005
15256481        +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:15:31      Syncb/qvc,    Po Box 965005,
                 Orlando, FL 32896-5005
15256482        +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:14:38      Syncb/sams,    Po Box 965005,
                 Orlando, FL 32896-5005
15256806        +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 05:14:38      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Lakeview Loan Servicing, LLC
15256476         Syncb/home Dsn Outdr L
cr*             +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,   Pittsburgh, PA 15222-1225
cr*             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
              Gary W. Darr    on behalf of Creditor    First Commonwealth Bank gdarr@lenderlaw.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```