## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>BRIAN A LAURITSEN<br>BOBBIE M LAURITSEN<br><br>Debtor(s). | ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 20-70314<br><br>JUDGE: JEFFERY A DELLER |

**MORTGAGE SERVICER'S NOTICE OF DEBTOR'S REQUEST FOR TEMPORARY FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes JPMorgan Chase Bank, National Association ("Creditor") and hereby submits Notice to the Court of the Debtor's request for temporary mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

Due to recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtor initiated, and Creditor has provided a further temporary suspension of mortgage payments for the period of 6 months. Creditor holds a secured interest in real property commonly known as 840 24TH STREET, ALTOONA, PA 16601 as evidenced by claim number 0 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. This arrangement does not amend or modify the Debtor's chapter 13 plan or create a repayment plan. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks the Debtor or Counsel for the Debtor make those requests through Creditor's Loss Mitigation Team at (877) 496-3138.

Per the request, Debtor will resume Mortgage payments beginning 10/1/2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears") through loss mitigation

arrangements, a bankruptcy consent order or through an amended or modified chapter 13 bankruptcy plan. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

        Respectfully submitted,

        */s/ Ciro A Mestres*
        Ciro A Mestres
        Agent for Creditor
        McCalla Raymer Leibert Pierce, LLC
        1544 Old Alabama Road
        Roswell, GA 30076
        Phone: 678-281-6539
        Ciro.Mestres@mccalla.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing Notice of Debtor's Request for Temporary Forbearance was served upon the following parties in the following fashion on this 24th day of July, 2020:

BRIAN A LAURITSEN                                                                                                  *(Served via US Mail)*
BOBBIE M LAURITSEN
130 E 21ST AVE, ALTOONA, PA 16601


LAWRENCE W WILLIS                                                                                         *(Served via ECF Notification)*
201 PENN CENTER BLVD, PITTSBURGH, PA 15235


RONDA J WINNECOUR                                                                                         *(Served via ECF Notification)*
600 GRANT ST STE 3250 USX TWR, PITTSBURGH, PA 15219


Date: 7/24/2020                                                            By:  /s/ *Ciro A Mestres*
                                                                                      Ciro A Mestres