IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-70314-JAD |
| | : | |
| Brian A. Lauritsen and | : | CHAPTER 13 |
| Bobbie M. Lauritsen | : | |
| Debtors | : | Filed Pursuant to Rule 1007-4 |
| | : | |
| Brian A. Lauritsen | : | |
| Movant | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Brian A. Lauritsen,** hereby state as follows:

1. My wife and I operate a trucking company.

2. We are currently earning business income of $7,000.00 per month.

3. I have filed income tax returns for the years 2016 – 2018, and I have filed an extension and I am in the process of preparing my 2019 tax return.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>August 4, 2020</u>                              /s/ **Brian A. Lauritsen**
                                                                    **Brian A. Lauritsen**
                                                                    Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-70314-JAD |
| | : | |
| Brian A. Lauritsen and | : | CHAPTER 13 |
| Bobbie M. Lauritsen | : | |
| Debtors | : | Filed Pursuant to Rule 1007-4 |
| | : | |
| Bobbie M. Lauritsen | : | |
| Movant | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, **Bobbie M. Lauritsen,** hereby state as follows:

1. My husband and I operate a trucking company.

2. We are currently earning business income of $7,000.00 per month.

3. I have filed income tax returns for the years 2016 – 2018, and I have filed an extension and I am in the process of preparing my 2019 return.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: August 4, 2020

/s/ **Bobbie M. Lauritsen**
**Bobbie M. Lauritsen**
Debtor