IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-70314-JAD |
| | : | |
| Brian A. Lauritsen and | : | CHAPTER 13 |
| Bobbie M. Lauritsen, | : | |
| Debtors | : | RELATED TO DOCKET NO. 29 |
| | : | |
| Brian A. Lauritsen and | : | |
| Bobbie M. Lauritsen, | : | HEARING DATE AND TIME: |
| Movants | : | September 18, 2020 at 11:00 AM |
| | : | |
| v. | : | |
| | : | |
| Cavalry SPV I, LLC, | : | |
| | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

## NOTICE OF TELEPHONIC HEARING WITH RESPONSE DEADLINE ON OBJECTION TO PROOF OF CLAIM 2-1 FILED BY CAVALRY SPV I LLC

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **September 10, 2020**, i.e., Thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Judge as found on his procedures web page at www.pawb.uscourts.gov/procedures.  If you fail to timely file and serve a written response, than Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default Order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

*A telephonic hearing* will be held on **September 18, 2020 at 11:00 a.m.** before Judge Deller in Court Room B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901.  Parties Wishing to Appear Telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than Twenty-four (24) hours prior to the schedules hearing All Counsel and Parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's Cases, which may be found on the Courts webpage at **www.pawb.uscourts.gov**.

Only a limited of time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Attorney for Movant/Applicant:

Date of service: August 10, 2020

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
**Attorney for Debtors**