| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Brian A Lauritsen** | Social Security number or ITIN | xxx–xx–9465 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 <br> (Spouse, if filing) | **Bobbie M Lauritsen** | Social Security number or ITIN | xxx–xx–4502 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | | |
| Case number:    **20–70314–JAD** | | Date case filed for chapter  **13**  6/19/20 | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian A Lauritsen | Bobbie M Lauritsen |
| 2. | **All other names used in the last 8 years** | dba Lauritsen Transport LLC, dba Lauritsen Transport | |
| 3. | **Address** | 130 E 21st Ave <br> Altoona, PA 16601 | 130 E 21st Ave <br> Altoona, PA 16601 |
| 4. | **Debtor's attorney** <br> Name and address | Lawrence W. Willis <br> Willis & Associates <br> 201 Penn Center Blvd <br> Suite 310 <br> Pittsburgh, PA 15235 | Contact phone 412–235–1721 <br><br> Email:  ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br><br> Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 8/10/20 |

**For more information, see page 2**

Debtor **Brian A Lauritsen** and **Bobbie M Lauritsen**                                    Case number **20–70314–JAD**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 25, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>_____<br><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>_____<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 11/24/20**<br><br><br><br><br><br><br><br><br>**Filing deadline: 8/28/20**<br><br>**Filing deadline: 12/16/20**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the _conclusion_ of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/25/20** at **09:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 20-70314-JAD
Brian A Lauritsen                                                           Chapter 13
Bobbie M Lauritsen
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam          Page 1 of 3                Date Rcvd: Aug 10, 2020
                             Form ID: 309I        Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
```
db/jdb    +Brian A Lauritsen,   Bobbie M Lauritsen,   130 E 21st Ave,   Altoona, PA 16601-4468
aty       +Gary W. Darr,   McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,   444 Liberty Avenue,
           Pittsburgh, PA 15222-1220
aty       +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
           Philadelphia, PA 19106-1541
aty       +Mario J. Hanyon,   Phelan Hallinan Diamond & Jones, LLP,   Omni William Penn Office Tower,
           555 Grant Street, Suite 300,   Pittsburgh, PA 15219-4408
aty       +S. James Wallace,   845 N. Lincoln Avenue,   Pittsburgh, PA 15233-1828
tr        +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
15256452  +Allegheny Resources LLC,   co Stephen Elggren,   PO Box 1726,   Draper, UT 84020-1726
15256454   Bank Of The West,   Consumer Product Servicing,   Omaha, NE 68103
15263822  +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
15256456  +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
15256457  +Citimortgage Inc,   Po Box 6243,   Sioux Falls, SD 57117-6243
15261172  +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
           444 Liberty Avenue,   Pittsburgh, PA 15222-1225
15266296  +Lakeview Loan Servicing, LLC,   PO Box 840,   Buffalo, NY 14240-0840
15275524  +Law Office Of Stephen Elggren,   PO Box 1726,   Draper, UT 84020-1726
15256470  +M & T Bank Mortgage,   Po Box 900,   Millsboro, DE 19966-0900
15256471  +Nw Bank Fka Nw Savngs,   100 Liberty St,   Warren, PA 16365-2411
15274249  +On Deck Capital, Inc.,   12 Powder Springs Street, Suite 240,   Marietta, GA 30064-7205
15262896  +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
           Pittsburgh, PA 15233-1828
15256472  +Rd/bpm/onnix,   595 S. Riverwoods Parkway,   Logan, UT 84321-6838
15256473  +Santander Consumer Usa,   Po Box 961211,   Fort Worth, TX 76161-0211
15274346  +TCF National Bank,   11100 Wayzata Blvd,   Minnetonka, MN 55305-5503
15256483  +Tbom/atls/fortiva,   Pob 105555,   Atlanta, GA 30348-5555
15260789  +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
15275541  +UPMC,   PO Box 371472,   Pittsburgh, PA 15250-7472
15271250   UPMC Health Services,   PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty        E-mail/Text: ecf@westernpabankruptcy.com Aug 11 2020 04:52:33   Lawrence W. Willis,
            Willis & Associates,   201 Penn Center Blvd,   Suite 310,   Pittsburgh, PA 15235
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2020 04:52:57
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA 17128-0946
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2020 04:52:57   Pennsylvania Dept. of Revenue,
            Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
            Harrisburg, PA 17128-0946
ust       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 11 2020 04:53:07
            Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
            Pittsburgh, PA 15222-3721
cr        +EDI: PRA.COM Aug 11 2020 08:33:00   PRA Receivables Management, LLC,   PO Box 41021,
            Norfolk, VA 23541-1021
15256451  +E-mail/Text: backoffice@affirm.com Aug 11 2020 04:53:32   Affirm Inc,
            650 California St Fl 12,   San Francisco, CA 94108-2716
15256453  +EDI: GMACFS.COM Aug 11 2020 08:33:00   Ally Financial,   P.o. Box 380901,
            Bloomington, MN 55438-0901
15275502   EDI: BANKAMER.COM Aug 11 2020 08:38:00   Bank of America,   PO Box 982238,
            El Paso, TX 79998
15263395   E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2020 05:00:19   CACH, LLC,
            Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15260019   E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 11 2020 04:52:39   Citizens Bank N.A.,
            One Citizens Bank Way JCA115,   Johnston, RI 02919
15256458   E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 11 2020 04:52:39   Citizens Bank Na,
            480 Jefferson Blvd,   Warwick, RI 02886
15256455  +EDI: CAPITALONE.COM Aug 11 2020 08:38:00   Capital One Bank Usa N,   Po Box 30281,
            Salt Lake City, UT 84130-0281
15271038  +E-mail/Text: bankruptcy@cavps.com Aug 11 2020 04:53:16   Cavalry Investments, LLC,
            500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
15257252  +E-mail/Text: bankruptcy@cavps.com Aug 11 2020 04:53:17   Cavalry SPV I, LLC,
            500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
15256459  +EDI: WFNNB.COM Aug 11 2020 08:33:00   Comenitybank/victoria,   Po Box 182789,
            Columbus, OH 43218-2789
15256460  +EDI: WFNNB.COM Aug 11 2020 08:33:00   Comenitycapital/ikeapc,   Po Box 182120,
            Columbus, OH 43218-2120
15256461  +EDI: WFNNB.COM Aug 11 2020 08:33:00   Comenitycb/davidsbride,   Po Box 182120,
            Columbus, OH 43218-2120
15256462  +EDI: WFNNB.COM Aug 11 2020 08:33:00   Comenitycb/dntfirst,   Po Box 182120,
            Columbus, OH 43218-2120
15256463  +EDI: CRFRSTNA.COM Aug 11 2020 08:33:00   Credit First N A,   Pob 81315,
            Cleveland, OH 44181-0315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15256464        EDI: DISCOVER.COM Aug 11 2020 08:33:00      Discover Bank,   Po Box 30954,
                Salt Lake City, UT 84130
15259592        EDI: DISCOVER.COM Aug 11 2020 08:33:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
15256465       +EDI: DISCOVER.COM Aug 11 2020 08:33:00      Discover Fin Svcs Llc,   Pob 15316,
                Wilmington, DE 19850-5316
15257154        EDI: DISCOVERPL Aug 11 2020 08:33:00      Discover Personal Loans,   PO Box 30954,
                Salt Lake City, UT 84130-0954
15256466       +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 11 2020 04:53:23      Esb/harley Davidson Cr,
                3850 Arrowhead Drive,   Carson City, NV 89706-2016
15256467       +E-mail/Text: bankruptcynotice@fcbanking.com Aug 11 2020 04:52:44      First Commonwealth Ban,
                22 North Sixth St,   Indiana, PA 15701-1802
15275520       +EDI: FORD.COM Aug 11 2020 08:33:00      Ford Motor Credit,   PO Box 54200,
                Omaha, NE 68154-8000
15275521       +EDI: FORD.COM Aug 11 2020 08:33:00      Ford Motor Credit Comp,   Pob 542000,
                Omaha, NE 68154-8000
15274159        EDI: JPMORGANCHASE Aug 11 2020 08:38:00      JPMorgan Chase Bank, National Association,
                Chase Records Center,  Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                Monroe LA 71203
15256468        EDI: JPMORGANCHASE Aug 11 2020 08:38:00      Jpmcb Auto,   P.o. Box 901003,
                Fort Worth, TX 76101
15256469        EDI: JPMORGANCHASE Aug 11 2020 08:38:00      Jpmcb Home,   700 Kansas Lane,   Monroe, LA 71203
15256474       +EDI: RMSC.COM Aug 11 2020 08:38:00      Syncb/care Credit,   C/o Po Box 965036,
                Orlando, FL 32896-0001
15256475       +EDI: RMSC.COM Aug 11 2020 08:38:00      Syncb/func,   C/o Po Box 965036,
                Orlando, FL 32896-0001
15256477       +EDI: RMSC.COM Aug 11 2020 08:38:00      Syncb/home Dsn Outdr L,   C/o Po Box 965036,
                Orlando, FL 32896-0001
15256478       +EDI: RMSC.COM Aug 11 2020 08:38:00      Syncb/lowes,   Po Box 956005,   Orlando, FL 32896-0001
15256479       +EDI: RMSC.COM Aug 11 2020 08:38:00      Syncb/ppc,   Po Box 965005,   Orlando, FL 32896-5005
15256480       +EDI: RMSC.COM Aug 11 2020 08:38:00      Syncb/ppmc,   Po Box 965005,   Orlando, FL 32896-5005
15256481       +EDI: RMSC.COM Aug 11 2020 08:38:00      Syncb/qvc,   Po Box 965005,   Orlando, FL 32896-5005
15256482       +EDI: RMSC.COM Aug 11 2020 08:38:00      Syncb/sams,   Po Box 965005,   Orlando, FL 32896-5005
15256806       +EDI: RMSC.COM Aug 11 2020 08:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
15256484       +EDI: CITICORP.COM Aug 11 2020 08:33:00      Thd/cbna,   Po Box 6497,
                Sioux Falls, SD 57117-6497
15256485       +EDI: TFSR.COM Aug 11 2020 08:33:00      Toyota Motor Credit,   10040 N. 25th Ave.,
                Phoenix, AZ 85021-1601
                                                                                  TOTAL: 41
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              Lakeview Loan Servicing, LLC
15256476        Syncb/home Dsn Outdr L
15275532        Syncb/home Dsn Outdr L
cr*            +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
                444 Liberty Avenue,   Pittsburgh, PA 15222-1225
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
15275499*      +Affirm Inc,   650 California St Fl 12,   San Francisco, CA 94108-2716
15275500*      +Allegheny Resources LLC,   co Stephen Elggren,   PO Box 1726,   Draper, UT 84020-1726
15275501*      +Ally Financial,   P.o. Box 380901,   Bloomington, MN 55438-0901
15275503*       Bank Of The West,   Consumer Product Servicing,   Omaha, NE 68103
15275509*      ++CITIZENS BANK N A,   ATTN BANKRUPTCY TEAM,   ONE CITIZENS BANK WAY,   JCA115,
                JOHNSTON RI 02919-1922
                (address filed with court: Citizens Bank Na,   480 Jefferson Blvd,   Warwick, RI 02886)
15275504*      +Cach LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15275505*      +Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
15275506*      +Cavalry Investments, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
15275507*      +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
15275508*      +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
15275510*      +Comenitybank/victoria,   Po Box 182789,   Columbus, OH 43218-2789
15275511*      +Comenitycapital/ikeapc,   Po Box 182120,   Columbus, OH 43218-2120
15275512*      +Comenitycb/davidsbride,   Po Box 182120,   Columbus, OH 43218-2120
15275513*      +Comenitycb/dntfirst,   Po Box 182120,   Columbus, OH 43218-2120
15275514*      +Credit First N A,   Pob 81315,   Cleveland, OH 44181-0315
15275515*      ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court: Discover Bank,   Po Box 30954,   Salt Lake City, UT 84130)
15275516*      +Discover Fin Svcs Llc,   Pob 15316,   Wilmington, DE 19850-5316
15275517*      +Esb/harley Davidson Cr,   3850 Arrowhead Drive,   Carson City, NV 89706-2016
15275518*      +First Commonwealth Ban,   22 North Sixth St,   Indiana, PA 15701-1802
15275519*      +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
                444 Liberty Avenue,   Pittsburgh, PA 15222-1225
15275522*      ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
                (address filed with court: Jpmcb Auto,   P.o. Box 901003,   Fort Worth, TX 76101)
```

```
District/off: 0315-7          User: dkam          Page 3 of 3          Date Rcvd: Aug 10, 2020
                             Form ID: 309I        Total Noticed: 66
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
15275523*    ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
                (address filed with court: Jpmcb Home,   700 Kansas Lane,   Monroe, LA 71203)
15275525*    +M & T Bank Mortgage,   Po Box 900,   Millsboro, DE 19966-0900
15275526*    +Nw Bank Fka Nw Savngs,   100 Liberty St,   Warren, PA 16365-2411
15275527*    +On Deck Capital, Inc.,   12 Powder Springs Street, Suite 240,   Marietta, GA 30064-7205
15275528*    +Rd/bpm/onnix,   595 S. Riverwoods Parkway,   Logan, UT 84321-6838
15275529*    +Santander Consumer Usa,   Po Box 961211,   Fort Worth, TX 76161-0211
15275530*    +Syncb/care Credit,   C/o Po Box 965036,   Orlando, FL 32896-0001
15275531*    +Syncb/func,   C/o Po Box 965036,   Orlando, FL 32896-0001
15275533*    +Syncb/lowes,   Po Box 956005,   Orlando, FL 32896-0001
15275534*    +Syncb/ppc,   Po Box 965005,   Orlando, FL 32896-5005
15275535*    +Syncb/ppmc,   Po Box 965005,   Orlando, FL 32896-5005
15275536*    +Syncb/qvc,   Po Box 965005,   Orlando, FL 32896-5005
15275537*    +Syncb/sams,   Po Box 965005,   Orlando, FL 32896-5005
15275538*    +Tbom/atls/fortiva,   Pob 105555,   Atlanta, GA 30348-5555
15275539*    +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
15275540*    +Toyota Motor Credit,   10040 N. 25th Ave.,   Phoenix, AZ 85021-1601
                                                              TOTALS: 5, * 39, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
    Gary W. Darr   on behalf of Creditor   First Commonwealth Bank gdarr@lenderlaw.com
    James Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
    Lawrence W. Willis   on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com,
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
    Lawrence W. Willis   on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com,
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
    Mario J. Hanyon   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
    pawb@fedphe.com
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
    S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                          TOTAL: 8