**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-70314-JAD |
| | : | |
| Brian A. Lauritsen and | : | CHAPTER 13 |
| Bobbie M. Lauritsen, | : | |
| Debtors | : | RELATED TO DOCKET NO. 29 |
| | : | |
| Brian A. Lauritsen and | : | |
| Bobbie M. Lauritsen, | : | HEARING DATE AND TIME: |
| Movants | : | September 18, 2020 at 11:00 AM |
| | : | |
| v. | : | |
| | : | |
| Cavalry SPV I, LLC, | : | |
| | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE OBJECTION TO PROOF OF CLAIM 2-1 FILED BY CAVALRY SPV I LLC FILED AT DOCKET NO. 29**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Proof of Claim 2-1 Filed by Cavalry SPV I LLC filed on August 10, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 10, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 11, 2020       By: /s/ Lawrence Willis Esquire
                                Lawrence W Willis, Esquire
                                PA I.D. # 85299
                                Willis & Associates
                                201 Penn Center Blvd
                                Pittsburgh, PA 15235
                                Tel: 412.235.1721
                                Fax: 412.542.1704
                                lawrencew@urfreshstrt.com
                                Attorney for Debtors