**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-70314-JAD |
| | : | |
| Brian A. Lauritsen and | : | CHAPTER 13 |
| Bobbie M. Lauritsen, | : | |
|     Debtors | : | RELATED TO DOCKET NO. 31 |
| | : | |
| Brian A. Lauritsen and | : | |
| Bobbie M. Lauritsen, | : | HEARING DATE AND TIME: |
|     Movants | : | September 18, 2020 at 11:00 AM |
| | : | |
| v. | : | |
| | : | |
| CACH, LLC, | : | |
| | : | |
|     Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
|     Additional Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE OBJECTION TO PROOF OF CLAIM 8-1 FILED BY CACH LLC FILED AT DOCKET NO. 31**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Proof of Claim 8-1 Filed by CACH LLC filed on August 10, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 10, 2020.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 11, 2020

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors