IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/11/20 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | **DEFAULT O/E JAD** |
| | : | |
| Brian A. Lauritsen and | : | BANKRUPTCY NO. 20-70314-JAD |
| Bobbie M. Lauritsen, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| Brian A. Lauritsen and | : | RELATED TO DOC. NO. 29 |
| Bobbie M. Lauritsen, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Cavalry SPV I, LLC, | : | |
| | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

## DEFAULT ORDER

AND NOW, this <u>11th</u> day of <u>September</u>, 2020, upon default, no response objecting to the Objection to Claim having been timely filed by an interested party, and upon Movant's certification of service, and certificate of no objection, it is

ORDERED that the above-captioned Objection to Proof of Claim is/are sustained.

Movant shall, within 5 days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of service.

BY THE COURT:

_____  mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Lawrence W. Willis, Esquire
Ronda J. Winnecour, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                               Case No. 20-70314-JAD
Brian A Lauritsen                                                                    Chapter 13
Bobbie M Lauritsen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: culy              Page 1 of 1             Date Rcvd: Sep 11, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
db/jdb         +Brian A Lauritsen,   Bobbie M Lauritsen,   130 E 21st Ave,   Altoona, PA 16601-4468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:
          Garry Alan Masterson    on behalf of Creditor   Ford Motor Credit Company, LLC pitecf@weltman.com
          Gary W. Darr    on behalf of Creditor   First Commonwealth Bank gdarr@lenderlaw.com
          James Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Lawrence W. Willis    on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Mario J. Hanyon    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor   Northwest Bank pjaquish@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10