**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Brian A Lauritsen**
**dba Lauritsen Transport LLC, dba Lauritsen Transport**
**Bobbie M Lauritsen**
    Debtor(s)

Bankruptcy Case No.: 20−70314−JAD
Issued Per 9/25/2020 Proceeding
Chapter: 13
Docket No.: 51 − 27
Concil. Conf.: January 14, 2021 at 10:30 AM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### *(1.)* *PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 8, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑   C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jan. 14, 2021 at 10:30 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑   G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim Nos. 25 and 26 of Northwest Bank .

☐   H.    Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.        Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.         Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.         Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.        Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.        Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)    *IT IS FURTHER ORDERED THAT:***

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Dated: September 30, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-70314-JAD |
|---|---|
| Brian A Lauritsen | Chapter 13 |
| Bobbie M Lauritsen | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: msch | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: 149 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| cr | | Northwest Bank, McGrath McCall, P.C., 444 Liberty Avenue, Four Gateway Center, Suite 1040 Pittsburgh, PA 15222 |
| 15256452 | + | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15278636 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15275502 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 15256454 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15277033 | | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15263822 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15256456 | + | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15256457 | + | Citimortgage Inc, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 15256463 | + | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15265172 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15275520 | + | Ford Motor Credit, PO Box 54200, Omaha, NE 68154-8000 |
| 15275521 | + | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15277361 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15266296 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15275524 | + | Law Office Of Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15256470 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15277346 | + | McKenzie Banking Company, c/o Hagwood and Tipton, P.C., P.O. Box 726, Paris, TN 38242-0726 |
| 15256471 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15274249 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15262896 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15256472 | + | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |
| 15256473 | + | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15274346 | + | TCF National Bank, 11100 Wayzata Blvd, Suite 801, Minnetonka, MN 55305-5503 |
| 15256483 | + | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15256484 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15256485 | + | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| 15260789 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15275541 | + | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15271250 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | Oct 01 2020 03:31:32 | |
| 15256451 | + | Email/Text: backoffice@affirm.com | | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| | | | Oct 01 2020 03:17:00 | |
| 15256453 | + | Email/Text: ally@ebn.phinsolutions.com | | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| | | | Oct 01 2020 03:15:00 | |

District/off: 0315-7                                     User: msch                                      Page 2 of 5
Date Rcvd: Sep 30, 2020                              Form ID: 149                                  Total Noticed: 65

| 15286226 | + Email/Text: bknotices@bankofthewest.com | | |
| | | Oct 01 2020 03:16:55 | Bank Of The West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 15263395 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 01 2020 03:31:35 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15260019 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Oct 01 2020 03:15:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15256458 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Oct 01 2020 03:15:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15256455 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Oct 01 2020 03:33:08 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15271038 | + Email/Text: bankruptcy@cavps.com | | |
| | | Oct 01 2020 03:16:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15257252 | + Email/Text: bankruptcy@cavps.com | | |
| | | Oct 01 2020 03:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15256459 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Oct 01 2020 03:15:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15256460 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Oct 01 2020 03:15:00 | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15256461 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Oct 01 2020 03:15:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15256462 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Oct 01 2020 03:15:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15256464 | Email/Text: mrdiscen@discover.com | | |
| | | Oct 01 2020 03:15:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15259592 | Email/Text: mrdiscen@discover.com | | |
| | | Oct 01 2020 03:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15256465 | + Email/Text: mrdiscen@discover.com | | |
| | | Oct 01 2020 03:15:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15257154 | + Email/Text: dplbk@discover.com | | |
| | | Oct 01 2020 03:17:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15256466 | + Email/Text: bankruptcy.notices@hdfsi.com | | |
| | | Oct 01 2020 03:17:00 | Esb/harley Davidson Cr, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15256467 | + Email/Text: bankruptcynotice@fcbanking.com | | |
| | | Oct 01 2020 03:15:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15274159 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Oct 01 2020 03:31:27 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 15256468 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Oct 01 2020 03:33:07 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 15256469 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Oct 01 2020 03:33:07 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15279115 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 01 2020 03:33:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15256474 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 01 2020 03:33:04 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15256475 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 01 2020 03:34:40 | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15256477 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 01 2020 03:33:04 | Syncb/home Dsn Outdr L, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15256478 | + Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0315-7      User: msch      Page 3 of 5

Date Rcvd: Sep 30, 2020      Form ID: 149      Total Noticed: 65

| | | | | |
|---|---|---|---|---|
| | | | Oct 01 2020 03:31:25 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15256479 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 01 2020 03:31:25 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15256480 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 01 2020 03:34:40 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15256481 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 01 2020 03:33:04 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15256482 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 01 2020 03:34:40 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15280474 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 01 2020 03:31:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15256806 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 01 2020 03:33:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | Ford Motor Credit Company, LLC |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | McKenzie Banking Co. |
| 15256476 | | Syncb/home Dsn Outdr L |
| 15275532 | | Syncb/home Dsn Outdr L |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15275499 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15275500 | *+ | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15275501 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15278676 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15285446 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15275503 | * | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15275509 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15275504 | *+ | Cach LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15275505 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15275506 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15275507 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15275508 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15275510 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15275511 | *+ | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15275512 | *+ | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15275513 | *+ | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15275514 | *+ | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15275515 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15275516 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15275517 | *+ | Esb/harley Davidson Cr, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15275518 | *+ | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15275519 | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15275522 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |

District/off: 0315-7                                          User: msch                                          Page 4 of 5
Date Rcvd: Sep 30, 2020                                  Form ID: 149                                  Total Noticed: 65

| | | |
|---|---|---|
| 15275523 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15275525 | *+ | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15275526 | *+ | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15275527 | *+ | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15275528 | *+ | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |
| 15275529 | *+ | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15275530 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15275531 | *+ | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15275533 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15275534 | *+ | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15275535 | *+ | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15275536 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15275537 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15275538 | *+ | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15275539 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15275540 | *+ | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| jdb | *+ | Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |

TOTAL: 8 Undeliverable, 42 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020                           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | |
| | on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com |
| Garry Alan Masterson | |
| | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Gary W. Darr | |
| | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Lawrence W. Willis | |
| | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | |
| | on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pawb@fedphe.com |
| Martin A. Mooney | |
| | on behalf of Creditor McKenzie Banking Co. kcollins@schillerknapp.com  lgadomski@schillerknapp.com |

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish

on behalf of Creditor Northwest Bank pjaquish@lenderlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com


TOTAL: 12