IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | BANKRUPTCY NO. 20-70314-JAD |
| BRIAN A. LAURITSEN AND | |
| BOBBIE M. LAURITSEN, | CHAPTER 13 |
| Debtors. | |
| | HEARING DATE: 10/30/2020 at 11:00 a.m. |
| SWIFT FINANCIAL, LLC, as servicing agent for WebBank, | |
| | RESPONSE DATE: 10/22/2020 |
| Movant, | Related to Doc. No.:  53 |
| vs. | |
| BRIAN A. LAURITSEN AND BOBBIE M. LAURITSEN, | |
| Respondents. | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM PURSUANT TO F.R.B.P. 9006(b)

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than October 22, 2020, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedures, Local Rules and procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.  You should take this to your lawyer at once.

A telephone hearing will be held on October 30, 2020 at 11:00 a.m. before Judge Deller.  Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later twenty-four (24) hours prior to the

scheduled hearing.  All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.org.

      Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

                                        THOMAS E. REILLY, P.C.

Date of Service: **10/05/2020**      By:      /s/ Thomas E. Reilly
                                                  Thomas E. Reilly, Esquire
                                                 THOMAS E. REILLY, P.C.
                                                 Firm I.D. #511
                                                 Waterfront Corporate Park
                                                 Building One, Suite 403
                                                 2200 Georgetowne Drive
                                                 Sewickley, PA 15143
                                                 (724) 933-3500