IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | BANKRUPTCY NO. 20-70314-JAD |
| BRIAN A. LAURITSEN AND | |
| BOBBIE M. LAURITSEN, | CHAPTER 13 |
| | |
| Debtors. | |
| | |
| | HEARING DATE: 10/30/2020 at 11:00 a.m. |
| SWIFT FINANCIAL, LLC, as servicing agent for WebBank, | |
| | RESPONSE DATE: 10/22/2020 |
| Movant, | Related to Doc. No.: 53 & 54 |
| | |
| vs. | |
| | |
| BRIAN A. LAURITSEN AND | |
| BOBBIE M. LAURITSEN, | |
| | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Notice of Hearing and Response Deadline on Motion for Leave to File Late Proof of Claim and the Motion for Leave to File Late Proof of Claim on the parties at the addresses specified below or on the attached list on the 5th day of October, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **Email or First-Class Mail as listed below**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

VIA EMAIL:

**Lawrence W. Willis**
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
Email: ecf@westernpabankruptcy.com

VIA FIRST CLASS MAIL:

**Brian A Lauritsen**
130 E 21st Ave
Altoona, PA 16601

**Bobbie M Lauritsen**
130 E 21st Ave
Altoona, PA 16601

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

                                                THOMAS E. REILLY, P.C.

EXECUTED ON:  10/05/2020        By:      /s/ Thomas E. Reilly
                                                        Thomas E. Reilly, Esquire
                                                         1468 Laurel Drive
                                                         Sewickley, PA 15143
                                                         724-933-3500
                                                         Pa. I.D. No. 25832