IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| BRIAN A. LAURITSEN AND<br>BOBBIE M. LAURITSEN, | BANKRUPTCY NO. 20-70314-JAD<br>CHAPTER 13 |
| Debtors. | |
| SWIFT FINANCIAL, LLC, as servicing agent for WebBank, | HEARING DATE: 10/30/2020 at 11:00 a.m.<br>RESPONSE DATE: 10/22/2020 |
| Movant, | Related to Doc. No.: 56 |
| vs. | |
| BRIAN A. LAURITSEN AND<br>BOBBIE M. LAURITSEN, | |
| Respondents. | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO DISMISS DEBTORS' CHAPTER 13 PURSUANT TO 11 U.S.C. §1307(c)**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than October 22, 2020, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedures, Local Rules and procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.  You should take this to your lawyer at once.

A telephone hearing will be held on October 30, 2020 at 11:00 a.m. before Judge Deller.  Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later twenty-four (24) hours prior to the

scheduled hearing.  All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.org.

      Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

THOMAS E. REILLY, P.C.

Date of Service: **10/05/2020**     By:     /s/ Thomas E. Reilly
Thomas E. Reilly, Esquire
THOMAS E. REILLY, P.C.
Firm I.D. #511
Waterfront Corporate Park
Building One, Suite 403
2200 Georgetowne Drive
Sewickley, PA 15143
(724) 933-3500