IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

    Debtors.

SWIFT FINANCIAL, LLC, as servicing agent for WebBank,

    Movant,

vs.

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

    Respondents.

BANKRUPTCY NO. 20-70314-JAD

CHAPTER 13

HEARING DATE: 10/30/2020 at 11:00 a.m.

RESPONSE DATE: 10/22/2020

Related to Doc. No.: 56 & 57

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I served the Notice of Hearing and Response Deadline on Motion to Dismiss Debtors' Chapter 13 Proceedings Pursuant to 11 U.S.C. §1307(c) and the Motion to Dismiss Debtors' Chapter 13 Proceedings Pursuant to 11 U.S.C. §1307(c) on the parties at the addresses specified below or on the attached list on the 5th day of October, 2020.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **Email or First-Class Mail as listed below**.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

VIA EMAIL:

**Lawrence W. Willis**
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
Email: ecf@westernpabankruptcy.com

VIA FIRST CLASS MAIL:

**Brian A Lauritsen**
130 E 21st Ave
Altoona, PA 16601

**Bobbie M Lauritsen**
130 E 21st Ave
Altoona, PA 16601

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

                                            THOMAS E. REILLY, P.C.

EXECUTED ON:  10/05/2020        By:      /s/ Thomas E. Reilly
                                                            Thomas E. Reilly, Esquire
                                                             1468 Laurel Drive
                                                             Sewickley, PA 15143
                                                             724-933-3500
                                                             Pa. I.D. No. 25832