IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

    Debtor.

BANKRUPTCY NO. 20-70314-JAD

CHAPTER 13

SWIFT FINANCIAL, LLC, as servicing agent for WebBank,

    Movant,

vs.

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

    Respondents.

HEARING DATE: 10/30/2020 at 11:00 a.m.

RESPONSE DATE: 10/22/2020

Related to Doc. No.:   53

## CONSENT ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 20_____, upon consideration of Movant's Motion for Leave to File Late Proof of Claim Pursuant to F.R.B.P. 9006(b) with the consent of the Debtors and the Trustee, Movant's Motion shall be, and is hereby, granted. Movant's Proof of Claim filed as Claim No. 43 shall be considered timely filed. The entry of this Order shall not prejudice any parties' right to object to the claim on grounds other than timeliness.

CONSTENTED TO;
    /s/ Lawrence W. Willis
Lawrence Willis, Esquire

    /s/ Owen Katz
Owen Katz, Esquire

BY THE COURT:

_____
                               J.