FILED
10/23/20 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

        Debtor.

SWIFT FINANCIAL, LLC, as servicing
agent for WebBank,

        Movant,

    vs.

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

        Respondents.

BANKRUPTCY NO. 20-70314-JAD

CHAPTER 13

RELATED TO DOC. NO. 53

## CONSENT ORDER OF COURT

AND NOW, to-wit, this 23rd day of October, 2020, upon consideration of Movant's
Motion for Leave to File Late Proof of Claim Pursuant to F.R.B.P. 9006(b) with the consent
of the Debtors and the Trustee, Movant's Motion shall be, and is hereby, GRANTED.
Movant's Proof of Claim filed as Claim No. 43 shall be considered  timely filed. The entry
of this Order shall not prejudice any parties' right to object to the claim on grounds other
than timeliness.

It is FURTHER ORDERED that the hearing scheduled for October 30, 2020,
regarding the Motion filed at Doc. No. 53, is CANCELLED.

CONSTENTED TO:

/s/ Lawrence W. Willis
Lawrence Willis, Esquire


/s/ Owen Katz
Owen Katz, Esquire

BY THE COURT:


Jeffery A. Deller   **mas**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-70314-JAD

Brian A Lauritsen                                                          Chapter 13

Bobbie M Lauritsen

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: culy | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |

Lawrence W. Willis
    on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Mario J. Hanyon
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pawb@fedphe.com

Martin A. Mooney
    on behalf of Creditor McKenzie Banking Co. kcollins@schillerknapp.com  lgadomski@schillerknapp.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor Northwest Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Thomas E. Reilly
    on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com


TOTAL: 13