# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-70314-JAD |
| | : | |
| Brian A. Lauritsen and | : | Chapter 13 |
| Bobbie M. Lauritsen, | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the *Order Dated October 29, 2020(Order Setting Hearing on Amended Plan), and Amended Plan Dated October 28, 2020* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated October 4, 2016                By: /s/ Lawrence Willis Esquire
                                     Lawrence W Willis, Esquire
                                     PA I.D. # 85299
                                     Willis & Associates
                                     201 Penn Center Blvd
                                     Pittsburgh, PA 15235
                                     Tel: 412.235.1721
                                     Fax: 412.542.1704
                                     lawrencew@urfreshstrt.com
                                     Attorney for Debtors

MATRIX

Brian & Bobbie Lauritsen
130 E. 21st Street
Altoona, PA 16601

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Affirm Inc
650 California St Fl 12
San Francisco, CA 94108

Allegheny Resources LLC
co Stephen Elggren
PO Box 1726
Draper, UT 84020

Ally Financial
P.o. Box 380901
Bloomington, MN 55438

Bank Of The West Consumer Product
Servicing
Omaha, NE 68103

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

Cbna
Po Box 6497
Sioux Falls, SD 57117

Citimortgage Inc
Po Box 6243
Sioux Falls, SD 57117

Citizens Bank Na
480 Jefferson Blvd
Warwick, RI 02886

Comenitybank/victoria
Po Box 182789
Columbus, OH 43218

Comenitycapital/ikeapc
Po Box 182120
Columbus, OH 43218

Comenitycb/davidsbride
Po Box 182120
Columbus, OH 43218

Comenitycb/dntfirst
Po Box 182120
Columbus, OH 43218

Credit First N A
Pob 81315
Cleveland, OH 44181

Discover Bank
Po Box 30954
Salt Lake City, UT 84130

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

Esb/harley Davidson Cr
3850 Arrowhead Drive
Carson City, NV 89706

First Commonwealth Ban
22 North Sixth St
Indiana, PA 15701

Jpmcb Auto
P.o. Box 901003
Fort Worth, TX 76101

Jpmcb Home
700 Kansas Lane
Monroe, LA 71203

M & T Bank Mortgage
Po Box 900
Millsboro, DE 19966

Nw Bank Fka Nw Savngs
100 Liberty St
Warren, PA 16365

Rd/bpm/onnix
595 S. Riverwoods Parkway
Logan, UT 84321

Santander Consumer Usa
Po Box 961211
Fort Worth, TX 76161

Syncb/care Credit C/o
Po Box 965036
Orlando, FL 32896

Syncb/func C/o
Po Box 965036
Orlando, FL 32896

Syncb/home Dsn Outdr L C/o
Po Box 965036
Orlando, FL 32896

Syncb/lowes
Po Box 956005
Orlando, FL 32896

Tbom/atls/fortiva
Pob 105555
Atlanta, GA 30348

Thd/cbna
Po Box 6497 S
ioux Falls, SD 57117

Toyota Motor Credit
10040 N. 25th Ave.
Phoenix, AZ 85021