FILED
1/5/21 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR# 040654521

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRIAN A LAURITSEN, | ) | BANKRUPTCY NO. 20-70314-JAD |
| BOBBIE M LAURITSEN, | ) | |
| Debtors, | ) | CHAPTER NO. 13 |
| | ) | |
| | ) | RELATED TO DOC. NO. 80 |
| CITIZENS BANK, N.A., | ) | |
| Creditor, | ) | |
| | ) | |
| BRIAN A LAURITSEN, Debtor, | ) | |
| BOBBIE M LAURITSEN, Debtor, | ) | |
| RONDA J WINNECOUR, Trustee, | ) | |
| Respondents. | ) | |

## STIPULATION AS TO THE TREATMENT OF
## CITIZENS BANK, N.A.'S SECURED CLAIM (CLAIM NO. 4)

AND NOW this 5th day of January, 2021, upon agreement of the parties, it is hereby ORDERED, ADJUDGED AND DECREED:

1. That with regard to the Debtors' 2018 Cadillac Escalade, VIN: 1GYS4BKJ9JR339331, Citizens Bank, N.A. is deemed to have a fully secured claim in the amount of $59,506.85 and will not be subject to any attempt by the Debtors to cram down the claim.

2. That the secured claim of Citizens Bank, N.A. shall be paid with interest at 4.00%.

mas

Honorable Jeffery A. Deller
United States Bankruptcy Judge

/s/ Garry Masterson
Attorney for Movant
Garry Masterson
965 Keynote Circle
Brooklyn Heights, OH 44131

/s/ Lawrence W Willis
Attorney For Debtor Lawrence
W Willis
201 Penn Center Blvd.
Suite 310
Pittsburgh, PA 15235

/s/ Jim Warmbrodt
For Trustee Ronda J Winnecour
600 Grant Street
Suite 3250
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-70314-JAD |
|---|---|
| Brian A Lauritsen | Chapter 13 |
| Bobbie M Lauritsen | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: culy | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| | + | Office of the Chapter 13 Trustee, Attn: James Warmbrodt, Esq., Suite 3250 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | |
| | on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com |
| Garry Alan Masterson | |
| | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Gary W. Darr | |
| | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Lawrence W. Willis | |
| | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com |

District/off: 0315-7                                      User: culy                                           Page 2 of 2
Date Rcvd: Jan 05, 2021                                  Form ID: pdf900                                      Total Noticed: 2

                                urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
                                on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com
                                urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Mario J. Hanyon
                                on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mario.hanyon@brockandscott.com,
                                wbecf@brockandscott.com

Martin A. Mooney
                                on behalf of Creditor McKenzie Banking Co. kcollins@schillerknapp.com  lgadomski@schillerknapp.com

Office of the United States Trustee
                                ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
                                on behalf of Creditor Northwest Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
                                cmecf@chapter13trusteewdpa.com

S. James Wallace
                                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas E. Reilly
                                on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com


TOTAL: 13