FILED
1/5/21 8:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR# 040656656

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BRIAN A LAURITSEN, ) | BANKRUPTCY NO. 20-70314-JAD |
| BOBBIE M LAURITSEN, ) | |
| Debtors, ) | CHAPTER NO. 13 |
| ) | |
| ) | RELATED TO DOC. NO. 81 |
| FORD MOTOR CREDIT COMPANY, LLC, ) | |
| Creditor, ) | |
| ) | |
| BRIAN A LAURITSEN, Debtor, ) | |
| BOBBIE M LAURITSEN, Debtor, ) | |
| RONDA J WINNECOUR, Trustee, ) | |
| Respondents. ) | |

**STIPULATION AS TO THE TREATMENT OF**
**FORD MOTOR CREDIT COMPANY, LLC'S SECURED CLAIM (CLAIM NO. 39)**

AND NOW, this 5th day of January, 2021, upon agreement of the parties, it is hereby ORDERED, ADJUDGED and DECREED:

1. That with regard to the Debtors' 2019 Ford F350, VIN: 1FT8X3B60KEF00005, Ford Motor Credit Company, LLC is deemed to have a fully secured claim in the amount of $54,435.38 and will not be subject to any attempt by the Debtors to cram down the claim.
2. That the secured claim of Ford Motor Credit Company, LLC shall be paid with interest at 4.00%.

_____    mas
Honorable Jeffery A. Deller
United States Bankruptcy Judge

| /s/ Garry Masterson | /s/ Lawrence W Willis | /s/ Jim Warmbrodt |
|---|---|---|
| Attorney for Movant | Attorney For Debtor | For Trustee Ronda J Winnecour |
| Garry Masterson | Lawrence W Willis | 600 Grant Street |
| 965 Keynote Circle | 201 Penn Center Blvd. | Suite 3250 |
| Brooklyn Heights, OH 44131 | Suite 310 | Pittsburgh, PA 15219 |
| | Pittsburgh, PA 15235 | |

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-70314-JAD

Brian A Lauritsen  Chapter 13

Bobbie M Lauritsen

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 2

Date Rcvd: Jan 05, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| | + | Office of the Chapter 13 Trustee, Ronda Winnecour, Attn: James Warmbrodt, Esq., Suite 3250 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com

Garry Alan Masterson
     on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com

Garry Alan Masterson
     on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com

Gary W. Darr
     on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Lawrence W. Willis

| District/off: 0315-7 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 2 |

|  |  |
|---|---|
|  | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | |
|  | on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | |
|  | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| Martin A. Mooney | |
|  | on behalf of Creditor McKenzie Banking Co. kcollins@schillerknapp.com  lgadomski@schillerknapp.com |
| Office of the United States Trustee | |
|  | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | |
|  | on behalf of Creditor Northwest Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | |
|  | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
|  | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas E. Reilly | |
|  | on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com |

TOTAL: 13