FILED
1/15/21 8:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| Brian A. Lauritsen and | ) | Case No: 20-70314-JAD |
| Bobbie M. Lauritsen | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | Related To Doc. Nos. 87, 66 |
| Debtor(s). | ) | |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**    ☐ **Chapter 13 Plan dated:**

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**    ☒ **Amended Chapter 13 dated:** 10-28-20

   IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

   IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

   1.   **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

   ☒   A.   For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $9,810, beginning 1/21. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

☐     B. The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐     C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐     D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐     E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐     F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒     G. The claims of the following unsecured creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
(1) Bank of the West cl#42 @ ltcd
(2) JP Morgan Chase cl#22

☒     H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

-2-

(1) Swift Financial cl#43

☒    I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

(1)    NW Bank cl#26 at claim interest
(2)    NW Bank cl#25 at claim interest

☐    J.  The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
_____

☒    K.  Additional Terms and Conditions:
(1) Ford Motor Credit cl#39 to be paid per order 1/5/21 w/ payment to be determined by trustee
(2) Unsecured POT and LAT to be set at $106,462.49.

**2. Deadlines. The following deadlines are hereby established and apply to this case:**

**A.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**B.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

**C.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**D.    Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded,

Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

    **3.**    **Additional Provisions. The following additional provisions apply in this case:**

    **A.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

    **B.**    The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

    **C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

    **D.**    Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

    **E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

    **F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed ***secured claim*** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

    **G.**    The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

    **H.**    The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: <u>January 15, 2021</u>

                                                                        Jeffery A. Deller        mas

cc: All Parties in Interest to be served by Clerk    United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 20-70314-JAD

Brian A Lauritsen                                                                                Chapter 13

Bobbie M Lauritsen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                            User: msch                                      Page 1 of 5
Date Rcvd: Jan 15, 2021                         Form ID: pdf900                                 Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| cr | | Northwest Bank, McGrath McCall, P.C., 444 Liberty Avenue, Four Gateway Center, Suite 1040 Pittsburgh, PA 15222 |
| 15256452 | + | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15278636 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15275502 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 15256454 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15277033 | | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15263822 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15256456 | + | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15256457 | + | Citimortgage Inc, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 15256463 | + | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15265172 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15275520 | + | Ford Motor Credit, PO Box 54200, Omaha, NE 68154-8000 |
| 15275521 | + | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15277361 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15266296 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15275524 | + | Law Office Of Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15256470 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15256471 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15274249 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15262896 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15256472 | + | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |
| 15256473 | + | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15300962 | + | Swift Financial, LLC,, as servicing agent for WebBank, c/o Swift Financial, 3505 Silverside Rd Suite 200, Wilmington DE 19810-4905 |
| 15256483 | + | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15256484 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15256485 | + | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| 15260789 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15275541 | + | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15271250 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2021 03:15:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2021 02:50:00 | Quantum3 Group LLC, JHPDE SPV II, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15256451 | + | Email/Text: backoffice@affirm.com | Jan 16 2021 02:51:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15256453 | + | Email/Text: ally@ebn.phinsolutions.com | | |

Case 20-70314-JAD    Doc 89    Filed 01/17/21    Entered 01/18/21 00:34:49    Desc Imaged
Certificate of Notice    Page 6 of 9

| District/off: 0315-7 | User: msch | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 68 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jan 16 2021 02:50:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15286226 | + | Email/Text: bknotices@bankofthewest.com | Jan 16 2021 02:51:43 | Bank Of The West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 15263395 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2021 03:12:23 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15260019 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 16 2021 02:50:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15256458 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 16 2021 02:50:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15256455 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 16 2021 03:15:22 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15271038 | + | Email/Text: bankruptcy@cavps.com | Jan 16 2021 02:51:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15257252 | + | Email/Text: bankruptcy@cavps.com | Jan 16 2021 02:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15256459 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2021 02:50:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15256460 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2021 02:50:00 | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15256461 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2021 02:50:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15256462 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2021 02:50:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15256464 | | Email/Text: mrdiscen@discover.com | Jan 16 2021 02:50:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15259592 | | Email/Text: mrdiscen@discover.com | Jan 16 2021 02:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15256465 | + | Email/Text: mrdiscen@discover.com | Jan 16 2021 02:50:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15257154 | + | Email/Text: dplbk@discover.com | Jan 16 2021 02:51:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15256466 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 16 2021 02:51:00 | Esb/harley Davidson Cr, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15256467 | + | Email/Text: bankruptcynotice@fcbanking.com | Jan 16 2021 02:50:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15274159 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 16 2021 03:12:20 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 15256469 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 16 2021 03:13:52 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15256468 | + | Email/Text: bk.notifications@jpmchase.com | Jan 16 2021 02:50:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15277346 | + | Email/Text: lcarson@hatlawfirm.com | Jan 16 2021 02:51:00 | McKenzie Banking Company, c/o Hagwood and Tipton, P.C., P.O. Box 726, Paris, TN 38242-0726 |
| 15279115 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2021 03:12:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15311004 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2021 02:50:00 | Quantum3 Group LLC as agent for, JHPDE SPV II, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15256474 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:13:51 | Syncb/care Credit, C/o Po Box 965036, Orlando, |

Case 20-70314-JAD  Doc 89  Filed 01/17/21  Entered 01/18/21 00:34:49  Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-7 | User: msch | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 32896-0001 |
| 15256475 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:13:51 | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15256477 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:15:20 | Syncb/home Dsn Outdr L, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15256478 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:13:51 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15256479 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:13:51 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15256480 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:13:51 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15256481 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:19 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15256482 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:13:51 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15280474 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15256806 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:13:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15274346 | + | Email/Text: Bankruptcy@tcfbank.com | Jan 16 2021 02:51:00 | TCF National Bank, 11100 Wayzata Blvd, Suite 801, Minnetonka, MN 55305-5503 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | Ford Motor Credit Company, LLC |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | McKenzie Banking Co. |
| cr | | Swift Financial, LLC, as servicing agent for WebBa |
| 15256476 | | Syncb/home Dsn Outdr L |
| 15275532 | | Syncb/home Dsn Outdr L |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15275499 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15275500 | *+ | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15275501 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15278676 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15285446 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15275503 | * | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15275509 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15275504 | *+ | Cach LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15275505 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15275506 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15275507 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15275508 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15275510 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15275511 | *+ | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15275512 | *+ | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |

Case 20-70314-JAD  Doc 89  Filed 01/17/21  Entered 01/18/21 00:34:49  Desc Imaged
Certificate of Notice  Page 8 of 9

| District/off: 0315-7 | User: msch | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 68 |

| 15275513 | *+ | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15275514 | *+ | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15275515 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15275516 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15275517 | *+ | Esb/harley Davidson Cr, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15275518 | *+ | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15275519 | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15275523 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15275522 | *+ | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15275525 | *+ | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15275526 | *+ | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15275527 | *+ | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15275528 | *+ | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |
| 15275529 | *+ | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15275530 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15275531 | *+ | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15275533 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15275534 | *+ | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15275535 | *+ | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15275536 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15275537 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15275538 | *+ | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15275539 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15275540 | *+ | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |

TOTAL: 9 Undeliverable, 41 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Garry Alan Masterson
on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com

Garry Alan Masterson
on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com

Gary W. Darr
on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Lawrence W. Willis
on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com
urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 5 of 5 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 68 |

Lawrence W. Willis
    on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Mario J. Hanyon
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Martin A. Mooney
    on behalf of Creditor McKenzie Banking Co. kcollins@schillerknapp.com lgadomski@schillerknapp.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor Northwest Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas E. Reilly
    on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com

TOTAL: 13