LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Brian A. Lauritsen and<br>    Bobbie M. Lauritsen, | : | Chapter 13 |
|         Movants | : | Bankruptcy No. 20-70314-JAD |
| Lawrence Willis, Esquire /<br>Willis & Associates, | : | Related to Docket No. 90 |
|         Applicant | : | |
| | : | Hearing Date and Time: |
| vs. | : | March 5, 2021 at 11:00 AM |
| Ronda J. Winnecour, Esquire,<br>Chapter 13 Trustee, | : | |
|         Respondent | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE**

To All Creditors and Parties in Interest:

1. Applicant represents **Brian A. Lauritsen and Bobbie M. Lauritsen**.
2. This is (check one)
   ☐ a final application
   ☒ an interim application
   for the period June 16, 2020 to February 3, 2021
3. Previous retainer paid to Applicant: $2,250.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5. Applicant requests additional:
   Compensation of $7,795.00.
   Reimbursement of Expenses of $ N/A .
6. A Zoom Video Conference Hearing will be held on **March 5, 2021 at 11:00 A.M.** before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021*, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.
7. Any written objections must be filed with the Court and served on the Applicant on or before **February 22, 2021** (fourteen (14) days from the date of this notice plus an

additional three (3) days if served by mail). Copies of the application are available from the applicant.

| | |
|---|---|
| Date of Service: <u>February 3, 2021</u> | Attorney for Movant/Applicant: |
| | By: <u>/s/ Lawrence Willis Esquire</u> |
| | Lawrence W Willis, Esquire |
| | PA I.D. # 85299 |
| | Willis & Associates |
| | 201 Penn Center Blvd |
| | Pittsburgh, PA 15235 |
| | Tel: 412.235.1721 |
| | Fax: 412.542.1704 |
| | lawrencew@urfreshstrt.com |
| | Attorney for Debtors |