**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Brian A. Lauritsen and Bobbie M. Lauritsen, | : : | Chapter 13 |
| Movants | : : | Bankruptcy No. 20-70314-JAD |
| _____ | : | |
| **Lawrence Willis, Esquire / Willis & Associates,** | : : | Related to Docket No. 90 |
| Applicant | : : | Hearing Date and Time: |
| vs. | : : | March 5, 2021 at 11:00 AM |
| **Ronda J. Winnecour, Esquire, Chapter 13 Trustee,** | : : : | |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 90**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on February 3, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 22, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: February 23, 2021                    By: /s/ Lawrence Willis Esquire
                                            Lawrence W Willis, Esquire
                                            PA I.D. # 85299
                                            Willis & Associates
                                            201 Penn Center Blvd
                                            Pittsburgh, PA 15235
                                            Tel: 412.235.1721
                                            Fax: 412.542.1704
                                            lawrencew@urfreshstrt.com
                                            Attorney for Debtors