FILED
3/4/21 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

     Debtors.

SWIFT FINANCIAL, LLC, as servicing
agent for WebBank,

     Movant,

    vs.

BRIAN A. LAURITSEN AND
BOBBIE M. LAURITSEN,

     Respondents.

BANKRUPTCY NO. 20-70314-JAD

CHAPTER 13

RELATED TO DOC. NOS. 95, 56

## ORDER OF COURT

AND NOW, to-wit, this 4th day of March, 2021, in consideration of the Stipulation of Swift Financial, LLC, as servicing agent for WebBank, the Debtors, and the Chapter 13 Trustee, it is hereby ORDERED that the Stipulation shall be, and is hereby, approved and the Motion to Dismiss filed by Swift Financial, LLC, as servicing agent for WebBank, at Document No. 56, shall be, and is hereby, continued generally to be rescheduled for hearing upon the filing by counsel for Swift Financial, LLC, as servicing agent for WebBank of an Affidavit attesting to the Debtors' default in payments under the confirmed Chapter 13 Plan and stating if it intends to pursue enforcement of its Judgment and/or security interest against Lauritsen Transport, LLC.   Debtors' entry into the Stipulation shall not prejudice, or otherwise impair, any remedy it may have pertaining to Swift's enforcement of the Judgment against Lauritsen Transport, LLC provided as required by the Stipulation.

BY THE COURT:

Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
  Thomas E. Reilly, Esquire
  Lawrence W. Willis, Esquire
  Owen W. Katz, Esquire

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70314-JAD |
| Brian A Lauritsen | Chapter 13 |
| Bobbie M Lauritsen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: culy | Page 1 of 2 |
| Date Rcvd: Mar 04, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| | + Owen Katz, Esq., Office of the Ch. 13 Trustee, 3250 U.S. Steel Tower, 600 Grant Street, Pittsburgh,, PA 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | |
| | on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com |
| Garry Alan Masterson | |
| | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Gary W. Darr | |
| | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Lawrence W. Willis | |
| | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com |

District/off: 0315-7                                   User: culy                                              Page 2 of 2
Date Rcvd: Mar 04, 2021                              Form ID: pdf900                                       Total Noticed: 2

                       urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis

                       on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com
                       urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Mario J. Hanyon

                       on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION wbecf@brockandscott.com,
                       mario.hanyon@brockandscott.com

Martin A. Mooney

                       on behalf of Creditor McKenzie Banking Co. kcollins@schillerknapp.com  lgadomski@schillerknapp.com

Office of the United States Trustee
                       ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish

                       on behalf of Creditor Northwest Bank pjaquish@lenderlaw.com

Ronda J. Winnecour

                       cmecf@chapter13trusteewdpa.com

S. James Wallace

                       on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas E. Reilly

                       on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com


TOTAL: 13