UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

BRIAN A LAURITSEN DBA LAURITSEN
TRANSPORT LLC DBA LAURITSEN
TRANSPORT AND BOBBIE M LAURITSEN,

Debtors.

Chapter 13

Bankruptcy No. 20-70314-JAD

.

\* \* \* \* \* \* \*

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the Motion filed on May 25, 2021. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than June 11, 2021

It is respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: June 17, 2021

MCKENZIE BANKING COMPANY

By Its Counsel

/s/ Martin A. Mooney
Martin A. Mooney, Esq. Attorney ID #315063
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
15 Cornell Road
Latham, New York 12110
Tel (518) 786-9069
E-Mail: MMooney@schillerknapp.com