FILED
6/18/21 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN A LAURITSEN DBA LAURITSEN
TRANSPORT LLC DBA LAURITSEN
TRANSPORT AND BOBBIE M LAURITSEN,

Debtors.

MCKENZIE BANKING COMPANY,

Movant,

v.

BRIAN A LAURITSEN DBA LAURITSEN
TRANSPORT LLC DBA LAURITSEN
TRANSPORT AND BOBBIE M LAURITSEN,

Respondents.

**DEFAULT O/E JAD**

Case No. 20-70314-JAD

Chapter 13

Related To ECF No. **99**

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

Creditor, McKenzie Banking Company, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein,

UPON reading and filing the Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated May 25, 2021, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, ON MOTION of McKenzie Banking Company, by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, McKenzie Banking Company, to obtain possession and dispose of its property; namely,  one (1) Garage  (Building #: WG453731232070518B) and it is further

ORDERED, that McKenzie Banking Company shall provide notice of any surplus to the Trustee promptly after the property is disposed of.

Dated:  June 18, 2021
       Johnstown, Pennsylvania

Hon. Jeffery A. Deller
United States Bankruptcy Judge
Western District of Pennsylvania

CASE ADMINISTRATOR SHALL SERVE:
    Martin A. Mooney, Esquire
    Brian A. and Bobbie M. Lauritsen
    Lawrence W. Willis, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70314-JAD |
| Brian A Lauritsen | Chapter 13 |
| Bobbie M Lauritsen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 2 |
| Date Rcvd: Jun 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lawrence W. Willis | |

District/off: 0315-7　　　　　　　　　　　　User: msch　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jun 18, 2021　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 1

                on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com
                urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
                on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com
                urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Martin A. Mooney
                on behalf of Creditor McKenzie Banking Co. kcollins@schillerknapp.com lgadomski@schillerknapp.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
                on behalf of Creditor Northwest Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas E. Reilly
                on behalf of Creditor Swift Financial LLC, as servicing agent for WebBank ecf@tomreillylaw.com

TOTAL: 13