WWR # 040656656

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| Brian A Lauritsen, ) | |
| Bobbie M Lauritsen, ) | |
| ) | Bankruptcy No. 20-70314-JAD |
| Debtor, ) | |
| ) | Chapter 13 |
| Ford Motor Credit Company LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| Brian A Lauritsen, Debtor, ) | |
| Bobbie M Lauritsen, Debtor, ) | |
| Ronda J Winnecour, Trustee. ) | |
| Respondents ) | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(3)**

I, Garry Masterson, certify under penalty of perjury that I served the above captioned Default Order on the

parties at the addresses below, on 7/19/2021

**Service by First-Class Mail**:

Brian A Lauritsen
130 E 21st Ave
Altoona, PA 16601

Bobbie M Lauritsen
130 E 21st Ave
Altoona, PA 16601

**and Service by NEF/ECF**:

Lawrence W Willis, Debtors' Attorney, at ecf@westernpabankruptcy.com
Ronda J Winnecour, Trustee, at inquiries@chapter13trusteewdpa.com
Office of the U.S. Trustee at ustpregion03.pi.ecf@usdoj.gov

EXECUTED ON: 7/19/2021

/s/ Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney of Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com