FILED
7/19/21 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| Brian A Lauritsen, Bobbie M Lauritsen | Case No. 20-70314-JAD |
| Debtor | |
| | Chaptrt13 |
| Brian A Lauritsen, Bobbie M Lauritsen | Related To ECF Nos. 113, 108 |
| Movant | |
| vs. | |
| Ronda J. Winnecour, Esquire, Chapter 13 Trustee/ | |
| Respondents : | |

## CONSENT ORDER DISMISSING CASE

**AND NOW** on this 19th day of July, 2021, it is hereby ORDERED and directed as follows:

1. The Debtor received a Trustee Certificate of Default on June 22, 2021.

2. The Debtor was to respond to the Trustee Certificate of Default by way of Amended Plan on July 13, 2021. No Response was filed, and the deadline has passed.

3. The within case is Dismissed Without Prejudice.

4. This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

5. The Clerk shall give notice to all creditors of this dismissal.

| | |
|---|---|
| Date:  July 16, 2021 | /s/ Lawrence W Willis<br>Lawrence W. Willis Esq<br>PA 85299<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235<br>412-235-1721<br>Email: ecf@westernpabankruptcy.com |
| Date:  July 16, 2021 | /s/ Jim Warmbrodt<br>Jim Warmbrodt, Esquire<br>Suite 3250, U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Attorney for the Trustee |

BY THE COURT:

Dated: July 19, 2021

Jeffery A. Deller,
*United States Bankruptcy Judge*

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70314-JAD |
| Brian A Lauritsen | Chapter 13 |
| Bobbie M Lauritsen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 1 of 5 |
| Date Rcvd: Jul 19, 2021 | Form ID: pdf900 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |
| cr | | Northwest Bank, McGrath McCall, P.C., 444 Liberty Avenue, Four Gateway Center, Suite 1040 Pittsburgh, PA 15222 |
| 15256452 | + | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15278636 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15275502 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 15256454 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15277033 | | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15263822 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15256463 | + | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15265172 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15275520 | + | Ford Motor Credit, PO Box 54200, Omaha, NE 68154-8000 |
| 15275521 | + | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 15277361 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15266296 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15275524 | + | Law Office Of Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15256470 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15256471 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15274249 | + | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15262896 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15256472 | + | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |
| 15256473 | + | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15300962 | + | Swift Financial, LLC,, as servicing agent for WebBank, c/o Swift Financial, 3505 Silverside Rd Suite 200, Wilmington DE 19810-4905 |
| 15256483 | + | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15256485 | + | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |
| 15260789 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15275541 | + | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15271250 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 19 2021 23:09:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Jul 19 2021 23:03:00 | Quantum3 Group LLC, JHPDE SPV II, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15256451 | + | Email/Text: backoffice@affirm.com | Jul 19 2021 23:03:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15256453 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 19 2021 23:02:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15286226 | + | Email/Text: bknotices@bankofthewest.com | | |

Case 20-70314-JAD   Doc 118   Filed 07/21/21   Entered 07/22/21 00:30:41   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-7 | User: dpas | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 19, 2021 | Form ID: pdf900 | Total Noticed: 68 |

| | | | |
|---|---|---|---|
| | | Jul 19 2021 23:03:45 | Bank Of The West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 15263395 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 19 2021 23:09:48 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15260019 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Jul 19 2021 23:02:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15256458 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Jul 19 2021 23:02:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15256455 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Jul 19 2021 23:50:31 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15271038 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jul 19 2021 23:03:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15257252 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jul 19 2021 23:03:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15256456 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 19 2021 23:10:01 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15256457 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 19 2021 23:22:40 | Citimortgage Inc, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 15256459 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 19 2021 23:03:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15256460 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 19 2021 23:03:00 | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15256461 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 19 2021 23:03:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15256462 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jul 19 2021 23:03:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15256464 | Email/Text: mrdiscen@discover.com | | |
| | | Jul 19 2021 23:02:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15259592 | Email/Text: mrdiscen@discover.com | | |
| | | Jul 19 2021 23:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15256465 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 19 2021 23:02:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15257154 | + Email/Text: dplbk@discover.com | | |
| | | Jul 19 2021 23:03:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15256466 | + Email/Text: bankruptcy.notices@hdfsi.com | | |
| | | Jul 19 2021 23:03:00 | Esb/harley Davidson Cr, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15256467 | + Email/Text: bankruptcynotice@fcbanking.com | | |
| | | Jul 19 2021 23:02:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15274159 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Jul 19 2021 23:50:39 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 15256469 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Jul 19 2021 23:50:40 | Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15256468 | + Email/Text: bk.notifications@jpmchase.com | | |
| | | Jul 19 2021 23:03:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15277346 | + Email/Text: lcarson@hatlawfirm.com | | |
| | | Jul 19 2021 23:03:00 | McKenzie Banking Company, c/o Hagwood and Tipton, P.C., P.O. Box 726, Paris, TN 38242-0726 |
| 15279115 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 19 2021 23:09:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15311004 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 19 2021 23:03:00 | Quantum3 Group LLC as agent for, JHPDE SPV II, LLC, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0315-7 | User: dpas | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 19, 2021 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | | | | |
|---|---|---|---|---|
| 15256474 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2021 23:09:35 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15256475 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2021 23:09:56 | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15256477 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2021 23:09:56 | Syncb/home Dsn Outdr L, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15256478 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2021 23:09:35 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15256479 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2021 23:09:35 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15256480 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2021 23:09:35 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15256481 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2021 23:09:46 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15256482 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2021 23:09:56 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15280474 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2021 23:09:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15256806 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2021 23:09:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15274346 | + | Email/Text: Bankruptcy@tcfbank.com | Jul 19 2021 23:03:00 | TCF National Bank, 11100 Wayzata Blvd, Suite 801, Minnetonka, MN 55305-5503 |
| 15256484 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2021 23:09:52 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | Ford Motor Credit Company, LLC |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | McKenzie Banking Co. |
| cr | | Swift Financial, LLC, as servicing agent for WebBa |
| 15256476 | | Syncb/home Dsn Outdr L |
| 15275532 | | Syncb/home Dsn Outdr L |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15275499 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15275500 | *+ | Allegheny Resources LLC, co Stephen Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 15275501 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15278676 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15285446 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15275503 | * | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 15275509 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15275504 | *+ | Cach LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15275505 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15275506 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15275507 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| District/off: 0315-7 | User: dpas | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 19, 2021 | Form ID: pdf900 | Total Noticed: 68 |

| | | |
|---|---|---|
| 15275508 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15275510 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15275511 | *+ | Comenitycapital/ikeapc, Po Box 182120, Columbus, OH 43218-2120 |
| 15275512 | *+ | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 15275513 | *+ | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15275514 | *+ | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15275515 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15275516 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15275517 | *+ | Esb/harley Davidson Cr, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15275518 | *+ | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15275519 | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15275523 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Home, 700 Kansas Lane, Monroe, LA 71203 |
| 15275522 | *+ | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15275525 | *+ | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15275526 | *+ | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15275527 | *+ | On Deck Capital, Inc., 12 Powder Springs Street, Suite 240, Marietta, GA 30064-7205 |
| 15275528 | *+ | Rd/bpm/onnix, 595 S. Riverwoods Parkway, Logan, UT 84321-6838 |
| 15275529 | *+ | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15275530 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15275531 | *+ | Syncb/func, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15275533 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15275534 | *+ | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15275535 | *+ | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15275536 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 15275537 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15275538 | *+ | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15275539 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15275540 | *+ | Toyota Motor Credit, 10040 N. 25th Ave., Phoenix, AZ 85021-1601 |

TOTAL: 9 Undeliverable, 41 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2021              Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 5 of 5 |
| Date Rcvd: Jul 19, 2021 | Form ID: pdf900 | Total Noticed: 68 |

Kristen D. Little
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lawrence W. Willis
    on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Martin A. Mooney
    on behalf of Creditor McKenzie Banking Co. kcollins@schillerknapp.com  lgadomski@schillerknapp.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor Northwest Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas E. Reilly
    on behalf of Creditor Swift Financial  LLC, as servicing agent for WebBank ecf@tomreillylaw.com


TOTAL: 13