FILED
7/19/21 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR # 040656656

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Brian A Lauritsen,<br>Bobbie M Lauritsen,<br><br>     Debtor,<br><br>Ford Motor Credit Company LLC,<br><br>     Movant,<br><br>     v.<br>Brian A Lauritsen, Debtor,<br>Bobbie M Lauritsen, Debtor,<br>Ronda J Winnecour, Trustee.<br>     Respondents | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 20-70314-JAD<br><br>Chapter 13<br><br>Related To ECF No. 110 |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM**
**AUTOMATIC STAY AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(3)**

  This cause came on for hearing this 19th day of, July 2021, in said District, upon the Motion of Ford Motor Credit Company LLC for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

  This Court FINDS that Ford Motor Credit Company LLC, Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtor, secured by a 2019 Ford F350, VIN: 1FT8X3B60KEF00005; that the Movant has not been adequately protected; that the Debtor have no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Ford Motor Credit Company LLC be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay imposed in Fed. Bankr. Rule 4001(a)(3) is waived

  Movant shall serve a copy of this Order on the respondents, their counsel, the Trustee, and the US trustee. Movant shall file a Certificate of Service within **(3) business days.**

*/s/ Jeffery A. Deller* mas

Honorable Jeffery A Deller
United States Bankruptcy Judge

Garry Masterson
Weltman, Weinberg & Reis Co., L.P.A.
Attorney of Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70314-JAD |
| Brian A Lauritsen | Chapter 13 |
| Bobbie M Lauritsen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jul 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A Lauritsen, Bobbie M Lauritsen, 130 E 21st Ave, Altoona, PA 16601-4468 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | |
| | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com |
| Garry Alan Masterson | |
| | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Gary W. Darr | |
| | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Kristen D. Little | |
| | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lawrence W. Willis | |

| | |
|---|---|
| | on behalf of Debtor Brian A Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Bobbie M Lauritsen ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Martin A. Mooney | on behalf of Creditor McKenzie Banking Co. kcollins@schillerknapp.com lgadomski@schillerknapp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor Northwest Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas E. Reilly | on behalf of Creditor Swift Financial LLC, as servicing agent for WebBank ecf@tomreillylaw.com |

TOTAL: 13