**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRIAN A LAURITSEN
BOBBIE M LAURITSEN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.:20-70314 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/19/2020 and confirmed on 09/30/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,450.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,450.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,418.53 | |
|   Trustee Fee | 2,923.51 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,342.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 2,079.85 | 0.00 | 2,079.85 |
|     Acct: 5302 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 9,896.26 | 0.00 | 9,896.26 |
|     Acct: 9617 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 3,653.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 9617 | | | | |
|   JPMORGAN CHASE BANK NA | 1,330.07 | 0.00 | 0.00 | 0.00 |
|     Acct: 5302 | | | | |
|   BANK OF THE WEST | 0.00 | 3,483.94 | 0.00 | 3,483.94 |
|     Acct: 2963 | | | | |
|   NORTHWEST BANK* | 6,981.00 | 840.12 | 312.95 | 1,153.07 |
|     Acct: 2225 | | | | |
|   NORTHWEST BANK* | 6,028.24 | 513.32 | 451.37 | 964.69 |
|     Acct: 2092 | | | | |
|   NORTHWEST BANK* | 7,009.70 | 0.00 | 524.99 | 524.99 |
|     Acct: 2225 | | | | |
|   CITIZENS BANK NA** | 59,506.85 | 5,832.76 | 2,685.48 | 8,518.24 |
|     Acct: 0704 | | | | |

| 20-70314 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5744 | | | | |
| FORD MOTOR CREDIT CO LLC** | 2,886.23 | 2,886.23 | 2,323.90 | 5,210.13 |
| Acct: 4345 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 32,580.48 | 3,575.84 | 1,463.90 | 5,039.74 |
| Acct: 3909 | | | | |
| | | | | 36,870.91 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN A LAURITSEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 7,795.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXX3/21 | | | | |
| LAWRENCE W WILLIS ESQ | 1,725.00 | 1,418.53 | 0.00 | 0.00 |
| Acct: | | | | |
| MCKENZIE BANKING CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9465 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| SWIFT FINANCIAL LLC SVCNG AGNT FOR | 67,546.22 | 0.00 | 2,237.05 | 2,237.05 |
| Acct: 9465 | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: DAHG | | | | |
| ALLEGHENY RESOURCES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2991 | | | | |
| BANK OF AMERICA NA** | 15,243.98 | 0.00 | 0.00 | 0.00 |
| Acct: 6535 | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9429 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7645 | | | | |
| CAVALRY INVESTMENTS LLC - ASSIGNEE | 1,411.15 | 0.00 | 0.00 | 0.00 |
| Acct: 8149 | | | | |
| CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3968 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 804.91 | 0.00 | 0.00 | 0.00 |
| Acct: 1227 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2781 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2261 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1334 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9310 | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5403 | | | | |
| DISCOVER BANK(*) | 27,708.53 | 0.00 | 0.00 | 0.00 |
| Acct: 1654 | | | | |
| DISCOVER BANK(*) | 20,416.67 | 0.00 | 0.00 | 0.00 |
| Acct: 4048 | | | | |
| DISCOVER BANK(*) | 3,523.50 | 0.00 | 0.00 | 0.00 |
| Acct: 9624 | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |

| 20-70314 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 5988 | | | | |
| | FIRST COMMONWEALTH BANK* | 24,743.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 4969 | | | | |
| | FIRST COMMONWEALTH BANK* | 1,679.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 7660 | | | | |
| | FIRST COMMONWEALTH BANK* | 3,289.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 7678 | | | | |
| | FIRST COMMONWEALTH BANK* | 6,371.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 7694 | | | | |
| | FIRST COMMONWEALTH BANK* | 1,984.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 7702 | | | | |
| | FIRST COMMONWEALTH BANK* | 3,349.12 | 0.00 | 0.00 | 0.00 |
| | Acct: 8353 | | | | |
| | FIRST COMMONWEALTH BANK* | 493.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 8536 | | | | |
| | FIRST COMMONWEALTH BANK* | 5,110.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 8544 | | | | |
| | FIRST COMMONWEALTH BANK* | 1,987.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 5691 | | | | |
| | JPMORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0903 | | | | |
| | LAW OFFICE OF STEPHEN ELGGREN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 GROUP LLC - AGENT JHPDE S | 68,346.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 3567 | | | | |
| | CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6461 | | | | |
| | SANTANDER CONSUMER USA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1000 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,828.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1189 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0003 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 6,931.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 5638 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 4,277.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 0179 | | | | |
| | SYNCHRONY BANK | 2,390.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 9514 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1269 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 468.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 5022 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5580 | | | | |
| | FORTIVA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3967 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 2,005.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 5655 | | | | |
| | UPMC HEALTH SERVICES | 2,230.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 4502 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 204.68 | 0.00 | 0.00 | 0.00 |
| | Acct: 2533 | | | | |
| | TCF NATIONAL BANK | 175,253.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 0215 | | | | |
| | BANK OF AMERICA NA** | 9,401.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 5399 | | | | |
| | BANK OF AMERICA NA** | 5,530.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 7653 | | | | |

| 20-70314 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    BANK OF AMERICA NA** | 40,000.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 4327 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 9249 | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    AMERICAN EXPRESS NATIONAL BANK | 1,981.99 | 0.00 | 0.00 | 0.00 |
|      Acct: 1003 | | | | |
|    AMERICAN EXPRESS NATIONAL BANK | 19,405.55 | 0.00 | 0.00 | 0.00 |
|      Acct: 1001 | | | | |
|    MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KRISTEN D LITTLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
| | | | | 2,237.05 |

TOTAL PAID TO CREDITORS                                                                                       39,107.96

TOTAL CLAIMED
PRIORITY               0.00
SECURED      119,976.18
UNSECURED    525,920.02

Date: 08/18/2021                                                         /s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com